People v N.H. (2025 NY Slip Op 02884)

People v N.H.

2025 NY Slip Op 02884

Decided on May 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 13, 2025

Before: Renwick, P.J., Kern, Gesmer, Rosado, O'Neill Levy, JJ. 

Ind. No. 1119/18|Appeal No. 4342|Case No. 2021-03610|

[*1]The People of the State of New York, Respondent,
v
N.H., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Mariel Stein of counsel), for appellant.

Judgment, Supreme Court, Bronx County (James McCarty, J.), rendered September 28, 2021, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of fifteen years, unanimously modified, on the law, to the extent of vacating the sentence and remanding the matter for resentencing, including a youthful offender determination, and otherwise affirmed.
As the People concede, defendant is entitled to resentencing pursuant to People v Rudolph (21 NY3d 497 [2013]) for a youthful offender determination on his conviction of manslaughter in the first degree (see People v Enrique F., 214 AD3d 541, 542 [1st Dept 2023]). THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 13, 2025